# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00313-CV

**Dana Compton and William Compton, Appellants**

**v.**

**First State Bank and First National Bank, Appellees**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
### NO. 24338, HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING

### M E M O R A D U M   O P I N I O N

Appellants filed an unopposed motion to dismiss their appeal advising that they no longer desire to pursue this appeal.

The appeal is dismissed on motion of appellants.  Tex. R. App. P. 42.1(a)(1).


Bob Pemberton, Justice

Before: Justices Kidd, B. A. Smith and Pemberton

Dismissed on Appellants' Motion

Filed:   July 29, 2004